1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Raul Quiroz-Velez

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10              **(HONORABLE ANTHONY J. BATTAGLIA)**

11 | UNITED STATES OF AMERICA,           ) | Case No. 08MJ0378
   |                                     ) |
12 |              Plaintiff,             ) |
   |                                     ) |
13 | v.                                  ) | **CERTIFICATE OF SERVICE**
   |                                     ) |
14 | RAUL QUIROZ-VELEZ,                  ) |
   |                                     ) |
15 |              Defendant.             ) |
16 |_____) |

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                         U.S. Attorney CR
                      Efile.dkt.gc2@usdoj.gov
20

21                                  Respectfully submitted,

22

23 DATED:      February 13, 2008         /s/ Gregory T. Murphy
                                         **GREGORY T. MURPHY**
24                                       Federal Defenders of San Diego, Inc.
                                         Attorneys for Raul Quiroz-Velez