AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

**FILED** MAR - 6 ...
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| RAUL QUIROZ-VELEZ | CASE NUMBER: 08CR 661 L |

I, RAUL QUIROZ-VELEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 6, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

RAUL V. QUIROZ VELEZ
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER